442 A.2d 340

Deamer, Appellant v. Deamer.

Submitted

620

September 21, 1981.   William A. Helm, Assistant District Attorney, for appellant;  John N. Miller, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.